IN THE UNITED STATES COURT OF
APPEALS FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Keith Cole<br><br>　　　　Plaintiff-Appellant,<br><br>　　v.<br><br>Lorie Davis, et al.<br><br>　　　　Defendants-Appellees. | No. 23-40216 |

**SECOND MOTION FOR EXTENSION OF TIME IN WHICH TO FILE THE APPELLANT'S BRIEF**

Appellant respectfully requests an additional 15-day extension in which to file his opening brief from the current deadline of September 6, 2023 to September 21, 2023.

1.　Undersigned counsel has recently been retained to handle Appellant's appeal *pro bono*. Mr. Cole was previously operating *pro se*. Undersigned counsel and her colleagues are therefore new to the issues raised in this appeal.

2.　Undersigned counsel was previously granted a thirty-day extension which set the deadline to September 6, 2023.

3.　Undersigned counsel has had, and continues to have, a series of other pressing appellate deadlines including an opening brief due in the Ninth Circuit on

1

August 23, 2023 in *Watanabe v. Derr*, 23-15605; a reply brief in the Fourth Circuit on August 28, 2023 in *Pendleton v. Jividen*, 23-6344; pressing discovery matters in *Jones et al v. City of St. Louis, Missouri Jones*, 4:21-cv-00600; a number of pressing trial matters; and other matters that will likely arise.

4. Appellee contacted Appellant's counsel who has no objection to this motion for a 15-day extension.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests a 15-day extension of time, up to and including September 21, 2023 in which to file his opening brief.

Respectfully submitted,

*/s/ Amaris Montes*
Amaris Montes
Rights Behind Bars
416 Florida Avenue NW, #26152
Washington, DC 20001

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I electronically filed the foregoing Motion for a 15-Day Extension of Time in Which to File the Appellant's Brief with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: August 18, 2023

                                        */s/ Amaris Montes*
                                        Amaris Montes

                                        Rights Behind Bars
                                        416 Florida Avenue NW, #26152
                                        Washington, DC 20001

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 230 words.

Date:  August 18, 2023

                                                    */s/ Amaris Montes*
                                                  Amaris Montes

                                                  Rights Behind Bars
                                                  416 Florida Avenue NW, #26152
                                                  Washington, DC 20001